DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MALIK ZAMAN,**
Appellant,

v.

**USMAN BUTT,**
Appellee.

No. 4D22-1645

[July 13, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 502014CA015024.

Malik Zaman, Palm Beach Gardens, pro se.

Gregory A. Kummerlen of Kummerlen Law, PLLC, Jupiter, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***